NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FLEUR T. TEHRANI, PH.D.,**
*Plaintiff-Appellee,*

**v.**

**POLAR ELECTRO INC. and POLAR ELECTRO OY,**
*Defendants-Appellants.*

---

2010-1152

---

Appeals from the United States District Court for the Central District of California in No. 05-CV-1113, Judge David O. Carter.

---

## JUDGMENT

---

WILLIAM C. ROOKLIDGE, Howrey LLP, of Irvine, California, argued for plaintiff- appellee. With him on the brief were MARTHA K. GOODING and RYAN E. LINDSEY.

JOHN P. MORAN, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief was JOSHUA C. KRUMHOLZ, of Boston, Massachusetts. Of counsel was BENJAMIN D. ENERSON, Of Boston, Massachusetts.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 12, 2010     /s/ Jan Horbaly
Date            Jan Horbaly
              Clerk